UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARL A. DAVIDSON,

                    Plaintiff,

        vs.                                         NO. C23-5692RSL

MASSMUTUAL LIFE INSURANCE               ORDER OF DISMISSAL
COMPANY,

                    Defendant.

        It having been reported to the Court on August 2, 2024, that the above cause has been settled, and

no final order having yet been presented, NOW, THEREFORE,

        IT IS ORDERED that this cause be and the same is hereby DISMISSED.  This dismissal shall be

without prejudice to the right of any party upon good cause shown within forty-five (45) days hereof to

reopen this cause if the reported settlement is not consummated.

        The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

        DATED this 5th day of August, 2024.


                                        _M__S_Lasnik_____
                                        Robert S. Lasnik
                                        United States District Judge


ORDER OF DISMISSAL